**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
NAZIM I. GUITY,

                Plaintiff,

    -against-

ANTHONY SANTOS, et al.,

                Defendants.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/5/19

18 **CIVIL** 10387 (PKC)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 5, 2019, the motions of Santos and Sony to dismiss the complaint are GRANTED. Plaintiff having failed to either (a) serve Alcover and We Loud within the time provided in Rule 4(m), Fed. R. Civ. P., or (b) seek an exclusion of time to do so, Alcover and We Loud are dismissed without prejudice and judgment is entered for the defendants; accordingly, the case is closed.

**Dated:**  New York, New York
        December 5, 2019

                        **RUBY J. KRAJICK**

                        **Clerk of Court**

    **BY:**

                        **Deputy Clerk**